# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Helen Viola Baron<br>　　　　　Debtor<br><br>Ditech Financial LLC, its successors and/or assigns<br>　　　　　Movant<br>　　vs.<br><br>Helen Viola Baron<br>　　　　　Debtor<br><br>Frederick L. Reigle Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-17567 ref<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **December 6, 2017.** Document No. 11.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

July 3, 2018