United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 17-17567-ref
Helen Viola Baron                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Aug 16, 2018
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
```
db              +Helen Viola Baron,    6107 Glen Road,    Reading, PA 19606-3615
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14088498        +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14019387        +Ditech Financial LLC,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
14010588         First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14010590       #+Midwest Recovery Systems,    2747 W. Clay Street, Suite A,    Saint Charles, MO 63301-2557
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2018 02:14:08
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2018 02:14:24      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14073150        +E-mail/Text: bnc@atlasacq.com Aug 17 2018 02:13:54       Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
14010587         E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 02:13:59       Ditech,    PO Box 94710,
                  Palatine, IL 60094-4710
14026761         E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 02:13:59
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
14010589        +E-mail/Text: bknotices@totalcardinc.com Aug 17 2018 02:14:17       Mid America Bank & Trust Co,
                  5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14027255         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 02:15:30
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14016420        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2018 02:15:31        T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Helen Viola Baron amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

HELEN VIOLA  BARON
                                                    : Bankruptcy No. 17-17567REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 16, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

HELEN VIOLA  BARON
6107 GLEN ROAD
READING,PA.19606