**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


**In RE:**

|  |  |  |
|---|---|---|
|  | **:** | **BANKRUPTCY NO:  17-17567-ref** |
| **Helen Viola Baron** | **:** |  |
|  | **:** |  |
| **Debtor(s)** | **:** |  |


**CERTIFICATE OF NO RESPONSE**


I, Michael D. Hess, counsel for Debtor(s), hereby certify that the Application for

Compensation was served on all interested parties at the addresses listed on the Certificate of

Service attached to the Application and that no objection, answer, or other responsive pleading or

request for hearing has been received by Counsel for the Debtor(s) and requests that the Order

attached to the Application be entered by the Court.


/s/ Michael D. Hess
Michael D. Hess, Esq.
Burke & Hess
1672 Manheim Pike
Lancaster PA 17601


Dated:  September 7, 2018