# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Helen Viola Baron  Debtor(s) | Chapter 13  Bankruptcy No. 17-17567-ref |
|---|---|

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fee is approved in the amount of $2,410.00 plus $40.99 for expense reimbursement.

**Date: September 10, 2018**

_____
**United States Bankruptcy Judge**