United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17567-ref
Helen Viola Baron                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa              Page 1 of 1              Date Rcvd: Sep 10, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +Helen Viola Baron,   6107 Glen Road,   Reading, PA 19606-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      MICHAEL D. HESS    on behalf of Debtor Helen Viola Baron amburke7@yahoo.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
       RRamos-Cardona@fredreiglech13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**Helen Viola Baron**<br><br>**Debtor(s)** | **Chapter 13**<br><br>**Bankruptcy No. 17-17567-ref** |
|---|---|

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fee is approved in the amount of $2,410.00 plus $40.99 for expense reimbursement.

**Date: September 10, 2018**

_____
**United States Bankruptcy Judge**